UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 00-388-CIV-MOORE/SULLIVAN

AXA GLOBAL RISKS (UK) LTD.,

    Plaintiff,

vs.

FRANK PIERRE, JR., individually,

    Defendant.
_____/

FRANK PIERRE, JR. and YOLA PIERRE,

    Third-Party Plaintiffs,

vs.

DYER MARINE PROPERTY, INC., and
DWIGHT ANTHONY DYER, individually,

    Defendants.
_____/



## ORDER OF DISMISSAL WITH PREJUDICE

This Cause having come before this Court upon the Third Parties Stipulation for Dismissal With Prejudice, and the Court being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Third Party Complaint is dismissed with prejudice, all matters between said parties have been amicably resolved.

ORDERED AND ADJUDGED that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

DONE AND ORDERED in Chambers this 16th day of November, 2001.

                                                                _____
                                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record